FILED: October 7, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2286
(2:20-cv-00057)

_____

G.T., by his parents MICHELLE and JAMIE T., on behalf of himself and all similarly situated individuals; K.M., by his parents DANIELLE M and STEVEN M., on behalf of themselves and all similarly situated individuals; THE ARC OF WEST VIRGINIA

   Plaintiffs - Appellees

v.

THE BOARD OF EDUCATION OF THE COUNTY OF KANAWHA

   Defendant - Appellant

and

KANAWHA COUNTY SCHOOLS; RON DUERRING, Superintendent, Kanawha County Schools, in his official capacity

   Defendants

------------------------------

FORMER U.S. DEPARTMENT OF EDUCATION OFFICIALS; CIVIL LAW PROFESSORS; TWELVE LEADING NATIONAL DISABILITY RIGHTS ORGANIZATIONS; MEMBERS AND ALLIES OF THE NATIONAL EDUCATION CIVIL RIGHTS ALLIANCE

   Amici Supporting Appellees

_____

O R D E R

_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel:  Judge Wynn and Judge Rushing acting as a quorum pursuant to 28 U.S.C. § 46(d).

                              For the Court

                              /s/ Nwamaka Anowi, Clerk